IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM JESSE ARNETT                                                                         PLAINTIFF

v.                                      Case No. 08-5108

CAPTAIN PETRAY;
LT. CARTER;
MAINTI MAN BAURIN;
and DR. HUSKINS                                                                              DEFENDANTS

**O R D E R**

    Plaintiff's complaint was filed in this case on May 13, 2008.  Before the undersigned is the issue of whether the complaint should be served.  In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

    Accordingly, it is ordered that plaintiff, William Jesse Arnett, complete and sign the attached addendum to his complaint, and return the same to the court **by June 23, 2008.  Plaintiff is advised that should he fail to return the completed and executed addendum by June 23, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

    IT IS SO ORDERED this 23rd day of May 2008.

                                                             */s/ J. Marschewski*
                                                              HON. JAMES R. MARSCHEWSKI
                                                              UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM JESSE ARNETT                                                                                  PLAINTIFF

v.                                         Case No.  08-5108

CAPTAIN PETRAY;
LT.  CARTER;
MAINTI MAN BAURIN;
and DR.  HUSKINS                                                                                       DEFENDANTS

## ADDENDUM TO COMPLAINT

TO:     WILLIAM JESSE ARNETT

This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendant.  Accordingly, it is required that you fill out this form and send it back to the court by **June 23, 2008.**  Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form.  If you need additional space, you may attach additional sheets of paper to this addendum.

## RESPONSE

1. For each Defendant you have named in this lawsuit, describe your claims against them below.

Captain Petray:

_____

_____

Lt.  Carter:

_____

_____

Mainti man Baurin:

_____

_____

Dr.  Huskins:

_____

_____

   2.  You allege in your complaint that you hurt your back when you fell from a stool that came detached from the wall when you were using it to get to the top bunk in your cell.  Did you seek medical attention for your back?

Answer:   Yes____   No____

If yes, indicate when you sought medical treatment.

_____

_____

When did you actually receive medical treatment for your back?

_____

_____

What type of treatment was provided for your back?

_____

_____

Describe any ongoing injuries you have due to this fall.

_____

_____

   3. Were you subject to disciplinary proceedings for the incident?

Answer: Yes___ No___

If yes, describe below, including any result such as lock down, loss of privileges, etc.

_____

_____

Are you alleging the disciplinary proceedings and any result violated your constitutional rights?

Answer: Yes___ No___

If yes, describe the constitutional violation below.

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

             _____
             WILLIAM JESSE ARNETT

             _____
             DATE