IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**WILLIAM JESSE ARNETT**                                                          **PLAINTIFF**

**v.           Civil No. 08-5108**

**BENTON COUNTY JAIL;**
**CAPTAIN PETRAY;**
**LT. CARTER;**
**MAINTI MAN BAURIN;**
**and DR. HUSKINS**                                                               **DEFENDANTS**

### O R D E R

Now on this 24th day of June 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #6, filed May 23, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, Defendant Benton County Jail is hereby **dismissed.**

**IT IS SO ORDERED.**

                                              **/s/Jimm Larry Hendren**
                                              **HON. JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**