IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM JESSE ARNETT                                         PLAINTIFF

v.                              Case No.  08-5108

CAPTAIN PETRAY;
LT.  CARTER;
MAINTI MAN BAURIN;
and DR.  HUSKINS                                             DEFENDANTS

**O R D E R**

The Court has received Plaintiff's Notice of Change of Address (Doc. 11).  Accordingly, the

Clerk of Court has re-mailed to Plaintiff all mail that was returned to the Court, including the

addendum propounded to Plaintiff.  To accommodate for the time of re-mailing the addendum,

Plaintiff will be given an extension of time for completion and  has **until and including August 18,**

**2008 to return the addendum**.

IT IS SO ORDERED this 18th day of July 2008.

_/s/_ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE