IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


WILLIAM JESSE ARNETT                                          PLAINTIFF

v.                          Civil No. 08-5108

CAPTAIN PETRAY;
LT. CARTER;
MAINTI MAN BAURIN;
and DR. HUSKINS                                               DEFENDANTS

**O R D E R**

Now on this 29th day of May, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge**, Hon. **James R. Marschewski** (document #14, filed April 30, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is hereby **dismissed without prejudice.**

**IT IS SO ORDERED.**


                                    **/s/Jimm Larry Hendren**
                                    **HON. JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**